**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| MARTIN BRIONES et al,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PENN ESCROW et al,<br><br>　　　　Defendants. | Case No. 2:20-cv-00454-ODW (RAOx)<br><br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

　　　1.　　Plaintiff shall recover nothing from Defendant;

　　　2.　　Claims specific to HUD are dismissed without prejudice;

　　　3.　　All claims against the remaining defendants are to be remanded back to State Court.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

August 12, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE**